THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SPIEGEL, Appellant.— Motion to enlarge time denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

PETER RAZELOS, Appellant, v. REUBEN S. SELDIN, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MAURICE REINITZ and CHARLES B. KILBY, Respondents, v. THE PROSPERITY COMPANY, INC., Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

HERMAN STREGER, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant. — Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MARGARET TERGESEN, as Administratrix, etc., of OLE TERGESEN, Deceased, Appellant, v. G. GREENE, INC., and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Appellant may dispense with the printing of Exhibit A, but is directed to produce it on the argument. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH WAGENHEIM and MEYER GOODMAN, etc., Respondents, v. OCEAN PARKWAY PROPERTIES, INC., and Others, Defendants; P. H. & J. REALTY Co., INC., and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOSEPH WALDMAN, etc., Respondent, v. HENRY M. SUSSWEIN and Others, Defendants; WALTER B. SMITH and Another, Appellants.— Motion for stay of examination before trial denied. Examination to proceed on five days' notice at the place and hour stated in the order. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

SAMUEL WANUCK, Respondent, v. JEROME A. WEISS, Appellant.— Motion to continue stay and enlarge time granted on condition that appellant perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.